THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM WILSON, Appellant.

*People* v. *Wilson*, 154 App. Div. 932, affirmed.
(Argued January 31, 1913; decided February 14, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered

January 3, 1913, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York, rendered upon a verdict convicting the defendant of the crime of grand larceny in the first degree as a second offense.

*Mann Trice* for appellant.

*Charles S. Whitman, District Attorney* (*George Z. Medalie* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.